**No. 42170.**—Protest 955697–G of Luchow Importing Corp. (New York).

Opinion by CLINE, J. It appeared that the kegs in which the beer was imported had paper labels pasted thereon which bore the marking "Czecho-Slovakia." On the authority of Abstract 41288 and the decisions therein cited the protest was sustained.

**No. 42171.**—Protest 972702–G of Westergaard Berg-Johnson Co. (New York).

Opinion by CLINE, J. The shrimp was packed in cans having the word "Norvege" embossed thereon, and a label bearing the legend "Norse Pearl Cocktail Shrimps, packed by the North Norway Canning & Fish Exporters, Ltd., Tromso, Norway" was pasted on a transparent paper covering the entire top of the can. On the authority of Abstract 24004 the marking on the tins in question was held insufficient as it was not in the English language and the marking on the paper label pasted to the transparent paper covering of the cans was held not a marking of the immediate containers of the sardines. *Hobe Button Co.* v. *United States* (12 Ct. Cust. Appls. 341, T. D. 40488) and *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) distinguished.

**No. 42172.**—Protests 564897–G, etc., of R. C. Williams & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Renken* v. *United States* (C. D. 73) and *Wile* v. *United States* (T. D. 49514) the biscuits in question were held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 42173.**—Protests 692806–G, etc., of G. Cresci et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstracts 39667 and 40880 the protests were sustained.

**No. 42174.**—Protests 645818–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 42175.**—Protest 784796–G of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protest was sustained.